UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:23-CV-352-FL |
| $50,613 in U.S. CURRENCY ) | |
| ) | |
| Defendant ) | |
| ) | |
| MAHMOUD MAJED ABUILLAN ) | |
| ) | |
| Claimant, ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for entry of default and motion to stay proceedings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 6, 2024, for the reasons set forth more specifically therein, that plaintiff's motions are GRANTED. Default is entered against defendant.

**This Judgment Filed and Entered on February 6, 2024, and Copies To:**

Katherine Anne King / Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
Mahmoud Majed Abuillan (via U.S. Mail)584 Senator St, Brooklyn, NY 11220


February 6, 2024               PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk